UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



FILED
MAY 17 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| LASER LIGHT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | No. 4:00CV816DJS |
| ) | |
| BRICK MARKERS U.S.A., INC., ) | |
| and ANOLAZE CORPORATION, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff(s) shall forthwith serve process in this matter or mail request(s) for waiver of service.

**IT IS FURTHER ORDERED** that, notwithstanding Fed.R.Civ.P. 26(d) and (f), any party who has entered an appearance may, without leave of Court, serve interrogatories and requests for production or inspection upon the plaintiff at any time, and upon any other party after that party's entry of appearance. Parties shall respond to such discovery requests within 30 days of service of the discovery requests. No party may, without leave of Court, take oral depositions or serve requests for admission prior to the Court's issuance of a Case Management Order. <u>As permitted by this order, discovery shall commence immediately</u>.

6

**IT IS FURTHER ORDERED** that, in the event that plaintiff(s) serve discovery requests upon a party who has not entered an appearance as of the date of this order, plaintiff(s) shall serve a copy of this order along with the discovery requests.

_____
UNITED STATES DISTRICT JUDGE

Dated: 5/17/2000

```
          UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
                     INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 05/17/00 by kstamm
              4:00cv816      Laser Light Tech vs Anolaze Corporation

28:1338 Patent Infringement

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE AO120
PATENT/TRADEMARK FORM TO:
                        COMMISSIONER OF PATENTS & TRAKEMARKS
                        WASHINGTON, DC   20231

Scott Golde -  85932              Fax: 314-241-4245
John Petite -  45240              Fax: 314-241-8624
```

SCANNED & FAXED BY:
MAY 1 7 2000
J. M. W.