RECEIVED BY MAIL JUL 1 3 2000 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CASE NO. 4 00CV00816 DJS

LASER LIGHT TECHNOLOGIES, INC.,

                Plaintiff,

vs.

BRICK MARKERS U.S.A., INC., and
ANOLAZE CORPORATION

                Defendants.

FILED JUL 1 9 2000 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

FILED JUL 1 3 2000 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

Motion Granted
w/ pts 7/19/2000

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Edward F. McHale, move to be admitted pro hac vice to the bar of this court for the purpose of representing Brick Markers U.S.A., Inc., and Anolaze Corporation in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a)     My full name is Edward Fortune McHale;

(b)     My professional address is:
        4440 PGA Boulevard, Suite 402
        Palm Beach Gardens, Florida 33410
        Tel:   (561) 625-6575
        Fax:   (561) 625-6572

(c)     My firm name is MCHALE & SLAVIN, P.A. (Florida Professional Association)

(d)     I attended Law School at University of Florida, J.D. 1974

(e)     I am a member of the following bars:

```
              UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
                          INTERNAL RECORD KEEPING
```

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 07/20/00 by lkresko
              4:00cv816     Laser Light Tech vs Anolaze Corporation

28:1338 Patent Infringement

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE AO120
PATENT/TRADEMARK FORM TO:
                       COMMISSIONER OF PATENTS & TRAKEMARKS
                       WASHINGTON, DC   20231

```
Scott Golde -  85932            Fax: 314-241-4245
Edward McHale -                 Fax: 561-625-6572
John Petite -  45240            Fax: 314-241-8624
```

SCANNED & FAXED BY:

JUL 20 2000

C. D. D.