```
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF MISSOURI
                 EASTERN DIVISION
```

FILED
AUG 1 7 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| **LASER LIGHT TECHNOLOGIES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:00CV816-DJS |
| ) | |
| **ANOLAZE CORPORATION, et al.,** ) | |
| ) | |
| Defendants. ) | |

<u>ORDER</u>

This matter comes before the Court on plaintiff's motion for expedited discovery and an extension of time to respond to defendants' motion to dismiss.  On July 19, 2000, defendants filed a motion to dismiss plaintiff's complaint based on lack of personal jurisdiction.  Plaintiff now seeks to conduct expedited discovery limited to jurisdictional and venue issues.  More specifically, plaintiff would like to propound written discovery on defendants and take the deposition of defendants' corporate designees in order to investigate defendants' contacts with the state of Missouri.  Plaintiff also requests that the Court shorten the length of time defendants have to respond or to file objections to written discovery.  Neither defendant filed a response in opposition to plaintiff's motion.

However, because plaintiff's motion did not include specific timelines for conducting the requested discovery, the Court will impose the following deadlines to ensure the expeditious



briefing of the motion to dismiss now pending before it. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for expedited discovery and an extension of time to respond to defendants' motion to dismiss [Doc. #10] is granted in part as follows. The expedited discovery requested by plaintiff will proceed on the following timeline:

> 1. Plaintiff must propound its written discovery requests on defendants no later than **August 28, 2000**.
> 2. Defendants have ten (10) days in which to file objections to plaintiff's written discovery requests. If no objections are filed, defendants have twenty (20) days in which to respond to plaintiff's written discovery requests.
> 3. Plaintiff shall have all depositions completed no later than **September 29, 2000**.

**IT IS FURTHER ORDERED** that plaintiff's response to defendants' motion to dismiss for lack of personal jurisdiction must be served upon defendants no later than **October 9, 2000**. The completed motion package must be filed no later than **October 18, 2000**.

Dated this \_\_\_17th\_\_\_ day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

2

```
              UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
                          INTERNAL RECORD KEEPING
```

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 08/18/00 by lkresko
            4:00cv816    Laser Light Tech vs Anolaze Corporation

28:1338 Patent Infringement

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE AO120
PATENT/TRADEMARK FORM TO:
                        COMMISSIONER OF PATENTS & TRAKEMARKS
                        WASHINGTON, DC   20231

```
Scott Golde -  85932             Fax: 314-241-4245
Edward McHale -                  Fax: 561-625-6572
John Petite -  45240             Fax: 314-241-8624
```

SCANNED & FAXED BY:

AUG 1 8 2000

C. D. D.